IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE VAUGHN, | : | |
| Petitioner | : | |
| | : | No. 1:16-cv-01072 |
| v. | : | |
| | : | (Judge Kane) |
| UNITED STATES PAROLE | : | |
| COMMISION, et al., | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 23rd day of March 2018, upon consideration of Petitioner Ronnie Vaughn's petition for writ of habeas corpus (Doc. No. 1), and amended petition for writ of habeas corpus (Doc. No. 10), along with Respondent's response (Doc. No. 6), and supplemental response (Doc. No. 14), and Petitioner's response (Doc. No. 9), and supplemental response (Doc. No. 15), **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1), and amended petition for writ of habeas corpus (Doc. No. 10), are **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania